**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Patrick Daniel
Attorney At Law
4801 Woodway Dr., Suite 440-W
Houston TX 77056

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on January 10, 2024

**REHEARING ACTION: January 10, 2024**

**Docket Number: 23   00017-CA**

**NICHOLAS BOATWRIGHT, ET AL**
**VERSUS**
**FARM BUREAU INSURANCE COMPANY, ET AL**

**Appealed from Vermilion Parish Case No. 106,046-J**

**BEFORE JUDGES:**

    **Hon. D. Kent Savoie**
    **Hon. Jonathan W. Perry**
    **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Nicholas Boatwright, et al** has this day been

    **DENIED.**

cc: Staci Knox Villemarette, Counsel for the Appellee
    Lauren Camel Begneaud, Counsel for the Appellee
    Michael W. Campbell, Counsel for the Appellee
    James Robert Nieset, Jr., Counsel for the Appellee